AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern West Virginia |
|---|---|

| Name (under which you were convicted): EDWARD JESS DREYFUSE | Docket or Case No.: 3:16-06717 |
|---|---|

| Place of Confinement : N.C.F.,112 N.R.C.Drv. Moundsville, W.Va. 26041 | Prisoner No.: 3534873 |
|---|---|

| Petitioner (include the name under which you were convicted) EDWARD JESS DREYFUSE | v. | Respondent (authorized person having custody of petitioner) KAREN PSZCZOWSKI, Warden et al., |
|---|---|---|

| The Attorney General of the State of: WEST VIRGINIA |
|---|

FILED
AUG 19 2016
TERESA L. DEPPNER CLERK
U.S. District Court
Southern District of West Virginia

### PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

Cabell County Circuit Court, Huntington, W. Va.

(b) Criminal docket or case number (if you know): 12-F-232

2.    (a) Date of the judgment of conviction (if you know): 10/18/2013

(b) Date of sentencing: 12/2/2015

3.    Length of sentence: 1 to 15 Years and Life Without

4.    In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case:

Burglary, Sentenced to 1 to 15 years
1st Degree Murder, Sentenced to Life Without

6.    (a) What was your plea? (Check one)

☒ (1)    Not guilty        ☐ (3)    Nolo contendere (no contest)

☐ (2)    Guilty            ☐ (4)    Insanity plea

13

AO 241
(Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☒ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

    ☐ Yes    ☒ No

9.    If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    (4) Date of result (if you know): _____

14

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:    Cabell County Circuit Court

(2) Docket or case number (if you know): 15-C-580

(3) Date of filing (if you know): 8/14/2015

(4) Nature of the proceeding: Petition for Writ of Habeas Corpus

(5) Grounds raised: Ineffective Assistance of Counsel

State's Knowing Use of Perjured Testimony

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: Petition was DENIED

(8) Date of result (if you know): 12/2/2015

15

AO 241
(Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Cabell County Circuit Court

(2) Docket or case number (if you know): 16-C-1

(3) Date of filing (if you know): 1/4/2016

(4) Nature of the proceeding: Petition for Writ of Habeas Corpus

(5) Grounds raised: Ineffective Assistance of Counsel

State's Knowing Use of Perjured Testimony

Abuse of Discretion by NOT proclaiming a

Doctrine of incredibility knowing that testimony was perjured

Prosecutorial Misconduct in presenting the

Perjured Testimony intentionally

Double Jeopardy

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: West Virginia Supreme Court of Appeals

(2) Docket or case number (if you know): Was NOT issued a Case Number

(3) Date of filing (if you know): 7/25/2016

(4) Nature of the proceeding: Writ of Mandamus

(5) Grounds raised: Denied Due process by Judge Farrell suspending

my right to file a Habeas Corpus, and suspending a Petition

for Writ of Hbaeas Corpus *SEE EXHIBIT-MANDAMUS*

16

AO 241
(Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: Clerk REFUSED to file Mandamus, *SEE EXHIBIT-MANDAMUS*

(8) Date of result (if you know): 8/5/2016

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No

(2) Second petition:   ☐ Yes   ☒ No

(3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Can NOT Appeal since there is a "SUSPENSION" of Habeas Corpus
without a definate ruling or decision

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE:   Ineffective Assistance of Counsel
Please SEE ATTATCHED **MEMORANDUM**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Counsel did NOT know the Law(s) and gave erroneous advice by such mistake that led to a more severe Conviction and Sentence where Defendant/Petitioner turned down a 30 flat plea offer and recieved a Life without PLUS 15 year sentence*SEE ATTATCHED* Counsel REFUSED to Investigate an life long history of serious psychological disorders and also REFUSED to Motion the Court for a Psychological Evaluation, Counsel REFUSED to OBJECT to State's knowing use of Perjured Testimony, *SEE ATTATCHED*

(b) If you did not exhaust your state remedies on Ground One, explain why:

I was forced to waive a Direct Appeal and attempted to file Petition for Writ of Habeas Corpus twice addressing these Issues/Grounds, Judge Farrell has **SUSPENDED** my Habeas Corpus and stated that he will NOT allow me to challenge the conviction had in his Court, *SEE ATTATCHED* concerning the Waiver by election of remedies, and EXHIBIT-MANDAMUS where atempts to procede are being DENIED at all levels

17

AO 241
(Rev. 01/15)

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  <u>Can NOT raise the issue of</u>

<u>Ineffective Assistance of Counsel in a Direct Appeal in the State</u>

<u>of West Virginia according to Justice Cleckley*SEE ATTACHED*</u>

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  <u>Petition for Writ of Habeas Corpus</u>

Name and location of the court where the motion or petition was filed:  <u>Cabell County Circuit Court</u>

<u>Huntington, West Virginia</u>

Docket or case number (if you know):  <u>15-C-580 and 16-C-1</u>

Date of the court's decision:  <u>12/2/2015</u>

Result (attach a copy of the court's opinion or order, if available): _____

<u>DENIED, never recieved an ORDER or Opinion</u>

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

<u>Attorney told me that I could not file an Appeal</u>

_____

_____

_____

*16*

AO 241
(Rev. 01/15)

Page 8

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: Attempted to file a Mandamus to compell

Judge Farrell to NOT suspend my Habeas Corpus proceedings, this also

was NOT allowed by the Supreme Court's Clerk,*SEE ATTACHED EXHIBIT*

**GROUND TWO:** STATE'S KNOWING USE OF PERJURED TESTIMONY

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Prosecutor knowing allowed it's key witness to testify that he witnessed
the victim being beat in the head with a Ball BAt until his BRAINS were
"beat out of his Head" and that he had to clean up brain matter and
Skull fragments afterwards,the Prosecutor went even further and allowed
the State's witness, James Marcum to identify a bat as "that is what beat
his brains out of his head, it is!" all the while the prosecutor KNEW that
the victim had NEVER recieved ANY type of head injury where brains were
exposed as evidenced by ALL medical records and Autopsy reports, and in
fact Victim was alert, in NO pain and died from a heart attack, SEE ATTATCHEI

(b) If you did not exhaust your state remedies on Ground Two, explain why: Lawyer said we could NOT raise

this ground in a Direct Appeal/ Attempted to file Mandamus to compell

Judge Farrell NOT to suspend my Habeas Corpus proceedings, SEE ATTATCHED

EXHIBIT-MANDAMUS

(c)      **Direct Appeal of Ground Two:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?      ❏ Yes      ❏ No

  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Lawyer said I could NOT raise

this issue since my Trial Lawyer NEVER objected...

(d)      **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      ☒ Yes      ❏ No

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: Petition for Writ of Habeas Corpus

  Name and location of the court where the motion or petition was filed: Cabell County Circuit Court
      Huntington, West Virginia

  Docket or case number (if you know): 15-C-580 and 16-C-1

  Date of the court's decision: 12/2/2015

19

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available):

DENIED, never recieved an ORDER or opinion

(3) Did you receive a hearing on your motion or petition?               ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?          ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Attorney told me I could not file an Appeal

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two :  Attempted to file Mandamus to compel

Judge Farrell to NOT suspend my Habeas Corpus Proceedings, this also

was NOT allowed by the Supreme Court's Clerk*SEE ATTATCHED EXHIBIT*

**GROUND THREE:**     PROSECUTORIAL MISCONDUCT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Specifically that being the Prosecutor's knowingly and intentionally
introducing and allowing the perjured testimony of it's key witness
Mr. James Marcum and his identifying a Bat as what beat the victims brains
out of his head, knowing that this testimony was false, fabricated and
perjured, and did NOT correct such, also leading the witness to detail
the cleaning up of brain matter and skull fragments when NO such injuries
were suffered by the victim, which had the jurors in tears, crying and
sobbing uncontrollably and having a definite IMPACT on the Jury and the
decision they made... this testimony was presented intentionally and
knowingly that it was false

20

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: Lawyer said I could NOT Raise this ground in a Direct Appeal since Trail Counsel NEVER objected and knew that the testamony was false, leading and fabricated

Please SEE ATTACHED

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Petition for Writ of Habeas Corpus

Name and location of the court where the motion or petition was filed: Cabell County Circuit Court Huntington,West Virginia

Docket or case number (if you know): 15-C-580 AND 16-C-1

Date of the court's decision: 12/2/15

Result (attach a copy of the court's opinion or order, if available): DENIED

Never recieved an ORDER or opinion

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

21

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Attorney told me this issue could NOT be raised in an appeal an my Habeas Corpus proceedings have been suspended indefinately

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Attempted to file Mandamus to compel Judge Farrell to **NOT** suspend my Hbeas proceedings, *SEE EXHIBIT-MANDAMUS*

**GROUND FOUR:** Trial Court's Abuse of Discretion for failure to declare a doctrine of inherent incredibility while being aware of perjured testimony

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Court allowed the False, Fabricated, Fraudulent perjured testimony knowing that such was totaly physically IMPOSSIBLE, and allowed such to go uncorrected and to be allowed as FACT when it was known by the Court (Judge Farrell) to be IMPOSSIBLE according to the actual Medical, Police, Paramedic, Doctors, Fire Fighters and Detectives Reports...

(b) If you did not exhaust your state remedies on Ground Four, explain why: Lawyer told me I could NOT raise this ground in a Direct Appeal and my Habeas Corpus proceedings have been suspended

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Attempted to file a Mandamus to compel Judge Farrell to **NOT** suspend my Habeas Corpus, *SEE EXHIBIT-MANDAMUS*

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     ☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Petition for Writ of Habeas Corpus

22

AO 241
(Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: Cabell County Circuit Court
~~WV also Supreme Court of Appeals~~

Huntington, West Virginia

Docket or case number (if you know): 15-C-580 AND 16-C-1

Date of the court's decision: 12/2/2015

Result (attach a copy of the court's opinion or order, if available): DENIED/SUSPENDED

Never recieved an ORDER or opinion

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Can NOT file an Appeal since Habeas Corpus proceedings are
SUSPENDED indefinately

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: Attempted to file Mandamus to compel
Judge Farrell to NOT suspend my Habeas Corpus Proceedings, this
also was NOT allowed by the Supreme Court's Clerk as evidenced by the
EXHIBIT marked MANDAMUS

23

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes    ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:    ALL of the Grounds presented have NOT been
presented to the W.Va. Supreme Court because ALL Appointed
Lawyers have said the grounds could not be presented in a
Direct Appeal, and the Habeas Corpus Proceedings have been
SUSPENDED by Judge Farrell.

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

ALL Grounds have been presented in the Habeas Corpus and
in an AMENDED Petition which is SUSPENDED
and Attorney Steven Wright REFUSED to review a Losh List OR to
include ANY Issues

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☒ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.    U.S. District Court/Southern Division of
West Virginia, Huntington Division, Civil Action No.3:16-06717
Filed a Motion for Stay of Abeyance, recieved ORDER from the Court
SEE ATTACHED EXHIBIT marked ORDER OF U.S.DIST.COURT

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☒ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    Cabell County Circuit Court, Huntington,W.Va.
CASE NO. 16-C-1, Petition for Writ of Habeas Corpus "SUSPENDED"
ISSUES, Ineffective Assistance of Counsel, States knowing use of
Perjured Testimony, Prosecutorial Misconduct,Court's Abuse of Discretion
Double Jeopardy, State's Breach of Duty to preserve evidence.

24

AO 241
(Rev. 01/15)

Page 14

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:    Attorney John Laishley, Huntington,W.Va.

(b) At arraignment and plea:    Same as above

(c) At trial:    Same as above

(d) At sentencing:    Same as above

(e) On appeal:    Attorney Steven Wright, Huntington, W.VA.

(f) In any post-conviction proceeding:    Attorney Steven Wright, Huntington, W.Va.

(g) On appeal from any ruling against you in a post-conviction proceeding:
    NONE

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

My time is being intentionally tolled to exceed the AEDPA one Year statute of limitations, I am suffering a Suspension of My Habeas Corpus Proceedings, been denied Due Process and am unable to proceed at any level, thus I am in need of a stay and abeyance to insure that the aforementioned Issues are preserved at the Federal level.

25

AO 241
(Rev. 01/15)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

26

AO 241
(Rev. 01/15)

Page 16

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Grant a Stay and Abeyance of the Petition as it is offered, to have an Omnibus Discovery Hearing into the Issues and Grounds raised, and the Reversal of Conviction(s) and Remand for new Trial, *SEE ATTATCHED*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

*Ashly Campbell*
*My commission expires 05 April 2023.*

Executed (signed) on *15 August 2016* (date).

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ASHLY CAMPBELL
Northern Correctional Facility
112 Northern Regional Correctional Drive
Moundsville, West Virginia 26041
My Commission Expires Apr. 5, 2023

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

27

LEGAL MAIL
Please Log As;
52254 Fed. Habeas



EDWARD JESS DREYFUSE #3534873
112 N.R.C.Drv.
Moundsville, W.Va. 26041

U.S. DISTRICT COURTS CLERK
TERESA L. DEPPNER
845 FIFTH AVENUE, ROOM 101
HUNTINGTON, W.Va.



U.S. MARSHALS SERVICE
X-RAYED
BY: _____





U.S. POSTAGE >> PITNEY BOWES

ZIP 26041
02 1W
0001402113

$ 006.80°
AUG 17 2016