8/17/2016

Clerk Deppner,

Please find the enclosed §2254 Habeas petition and all of the enclosed that is described within the Table of Contents as has been ordered by Judge Omar J. Aboulhosn.

As I am unfamilliar with the proper filing proceedure I am in hopes that this is within compliance of the Rules.

Please file the enclosed appropriately and if possible could you please give me notice of your reciept of the Petition and the documentation included with such so that I may have record of your recieving and filing such.

I appreciate your attention and services in this matter,

Respectfully,

*[signature]*

Edward Jess Dreyfuse #3534873
112 N.R.C.Drv.
Moundsville, W.Va. 26041

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

EDWARD JESS DREYFUSE,
    Petitioner

V.                              CIVIIL ACTION NO.: 3:16-06717

KAREN P SZCZOKOWSKI, Warden et al,
    Respondent

PETITION UNDER 28 U.S.C. §2254
WRIT OF HABEAS CORPUS BY PERSON IN STATE CUSTODY

    Petitioner herein, Edward Jess Dreyfuse submits this Petition in compliance to the ORDER of Magistrate Judge, Omar J. Aboulhosn which was made on 8/4/2016.

    Petitioner further includes a "Memorandum" and also a Motion for the appointment of Counsel for the above styled Action.

    Petitioner further requests that this Honorable Court hold him to a less stringent standard in filing this Petition as he is unlearned in the language of Law and the proceedings of such, and Petitioner also presents this Motion under a question of competency.

    Petitioner requests that he be afforded a Hearing into the matter of a Stay and Abeyance and that he be allowed the physical presence at such and that this Court Appoint to him Counsel for the Case at hand to insure the protection of the Petitioner's Constitutional Rights and an establishment of actual competency.

*[signature: Ed Dreyfuse]*

①

TABLE OF CONTENTS

PAGE NO.(s)

| | |
|---|---|
| 1 | Cover Page |
| 2-5 | U.S. DISTRICT COURTS ORDER |
| 6-7 | Motion For The Appointment of Counsel |
| 8-12 | Application to Proceed/Account Information release |
| 13-27 | Templated §2254 Habeas Corpus Petition |
| 28- | Memorandum Table |
| 29-32 | Table of Authorities |
| 33-36 | Opening Introduction |
| 37-39 | Grounds For Relief |
| 40-76 | Relevant Facts/Argument(s)/Relifs Sought |
| 78- | Exhibit Table |
| 79-87 | EXHIBIT-FLASH |
| 88-105 | EXHIBIT-FLAS NEVER EXPLAINED THE LAW |
| 106-111 | EXHIBIT-MENTAL HISTORY |
| 112-120 | EXHIBIT-MANDAMUS |
| 121-128 | EXHIBIT-AFFIDAVIT |

O-O